**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**At Charleston**

| | |
|---|---|
| CARLOS J. COPLEY, | CIVIL DIVISION |
| Plaintiff, | Docket No.: 2:24-cv-00257 |
| vs. | Judge Irene C. Berger |
| POLARIS INDUSTRIES INC., a Delaware Corporation, and POLARIS INC., a Minnesota Corporation, | |
| Defendants. | |

## STIPULATION OF PARTIAL DISMISSAL OF DEFENDANT POLARIS INC. WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Carlos J. Copley ("Plaintiff") and Defendants Polaris Industries Inc. and Polaris Inc. ("Defendants") (collectively, the "Parties"), by counsel, hereby stipulate and agree to the dismissal of Polaris Inc. from this action with prejudice.

This action shall continue against Polaris Industries, Inc., that, by confirmation of Polaris' counsel, is the proper party to this action.

Plaintiff previously has not dismissed any federal- or state-court action against Polaris Inc. based on or including the same claim.

**IT IS SO STIPULATED** this 4th day of September, 2024.

**Prepared and approved by:**

*/s/ Melissa Foster Bird*
Melissa Foster Bird, Esquire (WVSBN 6588)
Shaina D. Massie, Esquire (WVSBN 13018)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
949 Third Avenue, Suite 200
Huntington, WV  25701
Telephone: (304) 526-3500
Fax: (304) 526-3599
Email: melissa.fosterbird@nelsonmullins.com
Email: shaina.massie@nelsonmullins.com

*Counsel for Polaris Industries Inc.*

*/s/ Jason P. Foster*
Christopher D. Pence, Esquire (WVSB No. 9095)
Jason P. Foster, Esquire (WVSB No. 105893)
Michael W. Taylor, Esquire (WVSB No. 11715)
**Pence Law Firm PLLC**
10 Hale Street, 4th Floor (25301)
Charleston, WV  25329
Telephone:  (304)345-7250
Fax:  (304)553-7227
Email:  cpence@pencefirm.com
Email:  jjfoster@pencefirm.com
Email:  mtaylor@pencefirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this **4th day of September, 2024**, a copy of the foregoing *"Stipulation of Partial Dismissal of Defendant Polaris Inc. Without Prejudice"* was served by electronically filing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Melissa Foster Bird